1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA *ex rel.*          No.  2:23-cv-00631-DAD-SCR
     RELATOR LLC,
12
                      Plaintiff,
13
                                                 ORDER REGARDING THE UNITED
14          v.                                   STATES' NOTICE OF ELECTION TO
                                                 DECLINE INTERVENTION
     WILLIAM E. TAYLOR, JR., et al.,
15                                               (Doc. No. 17)
                      Defendants.
16

17

18          Before the court is the United States' notice of election to decline intervention and motion

19   to unseal.  (Doc. No. 17.)  The United States has declined to intervene in this action.  (*Id.*)

20   Pursuant to the notice filed by the United States (*id.*), the court orders as follows:

21          1.     The Clerk of the Court shall unseal the relator's complaint (Doc. No. 1) and the

22                 notice of election to decline intervention filed by the United States (Doc. No. 17);

23          2.     This order shall not be sealed;

24          3.     All other paper or orders on file in this matter shall remain under seal;

25          4.     The seal shall be lifted on all matters occurring in this action after the date of this

26                 order;

27   /////

28   /////

                                                    1

5.    The complaint, notice of election to decline intervention, and this order shall be served upon defendants by the relator;

6.    The court confirms that the United States and the State of California[1] shall be served with all filings in this action, including supporting memoranda, may order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time; and

7.    The court confirms that should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the court will provide the United States and the State of California with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated:    **April 10, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the State of California has not appeared in this case and thus has not filed a notice of election to decline intervention.

2